UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
RENE MANZANO TIBURCIO, *individually and on* :
*behalf of others similarly situated*, :
:
                    Plaintiff, :      20-CV-9922 (JPC)
:
      -v- :      <u>ORDER</u>
:
PINE BAR & GRILL LLC *et al.*, :
:
                  Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court understands that the parties have reached a settlement in principle. If this is not accurate, the parties should submit a joint letter informing the Court that no settlement has been reached.

       The initial pretrial conference scheduled for May 24, 2021 at 10:00 a.m. is adjourned *sine die*. By June 11, 2021, the parties should submit their proposed settlement agreement, and all necessary materials in accordance with 3.G of the Court's Individual Rules and Practices in Civil Cases, for Court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

       SO ORDERED.

Dated: May 11, 2021                                    _____
       New York, New York                       JOHN P. CRONAN
                                                       United States District Judge