UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENE MANZANO TIBURCIO, *individually and on behalf of others similarly situated,*

                      *Plaintiff,*

-against-

PINE BAR & GRILL LLC (D/B/A PINE BAR + GRILL), A & A RESTAURANT INC. (D/B/A PINE BAR + GRILL), ANTHONY BASTONE, ALBERTO BERACHA, and FRANK DOE,

                      *Defendants.*

Case No. 20-cv-09922

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On July 11, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RENE MANZANO TIBURCIO, have judgment against PINE BAR & GRILL LLC (D/B/A PINE BAR + GRILL), A & A RESTAURANT INC. (D/B/A PINE BAR + GRILL), ANTHONY BASTONE, ALBERTO BERACHA, and FRANK DOE, jointly and severally, in the amount of Fifty Thousand Dollars and No Cents ($50,000), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                                _____
                                                JOHN P. CRONAN
                                                UNITED STATES DISTRICT JUDGE