UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENE MANZANO TIBURCIO, *individually and on behalf of others similarly situated*,

      *Plaintiff*,

-against-

PINE BAR & GRILL LLC (D/B/A PINE BAR + GRILL), A & A RESTAURANT INC. (D/B/A PINE BAR + GRILL), ANTHONY BASTONE, ALBERTO BERACHA, and FRANK DOE,

      *Defendants*.

Case No. 20-cv-09922

[Proposed Form Of] **JUDGMENT**

## JUDGMENT

On ~~July 11, 2021~~ June 14, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RENE MANZANO TIBURCIO, have judgment against PINE BAR & GRILL LLC (D/B/A PINE BAR + GRILL), A & A RESTAURANT INC. (D/B/A PINE BAR + GRILL), ANTHONY BASTONE, ALBERTO BERACHA, and FRANK DOE, jointly and severally, in the amount of Fifty Thousand Dollars and No Cents ($50,000), which is inclusive of attorneys' fees and costs.

Dated: June 25, 2021

              _____
              JOHN P. CRONAN
              UNITED STATES DISTRICT JUDGE